IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE DITLEVSON,<br><br>  Plaintiff,<br><br>  v.<br><br>LEGAL EXPRESS, LTD., a California corporation; KRAIG VORSATZ, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>  Defendants.<br>_____/ | No. C-15-3977 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On October 8, 2015, defendant Legal Express, LTD. ("Legal Express") electronically filed its Answer to Plaintiff's Complaint.  Legal Express has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Legal Express is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Legal Express is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the

1 record any electronically filed document for which a chambers copy has not been timely
2 provided to the Court.
3 **IT IS SO ORDERED.**

5 Dated: October 16, 2015

_____
MAXINE M. CHESNEY
United States District Judge