Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
LISA MARIE DITLEVSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA MARIE DITLEVSON,<br><br>                    Plaintiff,<br>     v.<br><br>LEGAL EXPRESS, LTD., a California corporation, KRAIG VORSATZ, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 3:15-CV-03977-MMC<br><br>**JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Hearing Date:        December 4, 2015<br>Hearing Time:        10:30 a.m.<br>Hearing Judge:       Maxine M. Chesney<br>Hearing Courtroom:   7, 19th Floor<br>Hearing Location:    450 Golden Gate Avenue<br>                     San Francisco, California |

Counsel for Plaintiff, LISA MARIE DITLEVSON, and counsel for Defendant, LEGAL EXPRESS, LTD., respectfully request permission to appear by telephone at the Case Management Conference in the above-entitled action. Plaintiff's counsel's office is located in San Jose, 50 miles from the Courthouse in this matter and Defendant's counsel's office is located 90 miles from the Courthouse, in Sacramento.

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | CONSUMER LAW CENTER, INC. |
| Dated: December 1, 2015 | By: /s/ Fred W. Schwinn |
|   | Fred W. Schwinn (SBN 225575) |
|   | Raeon R. Roulston (SBN 255622) |
|   | CONSUMER LAW CENTER, INC. |
|   | 12 South First Street, Suite 1014 |
|   | San Jose, California 95113-2418 |
|   | Telephone Number: (408) 294-6100 |
|   | Facsimile Number: (408) 294-6190 |
|   | Email Address: fred.schwinn@sjconsumerlaw.com |
|   |   |
|   | Attorneys for Plaintiff |
|   | LISA MARIE DITLEVSON |
|   |   |
|   | ELLIS LAW GROUP, LLP |
|   |   |
| Dated: December 1, 2015 | By: /s/ Andrew M. Steinheimer |
|   | Mark E. Ellis (SBN 127159) |
|   | Andrew M. Steinheimer (SBN 200524) |
|   | Amanda F. Riley (SBN 284440) |
|   | ELLIS LAW GROUP, LLP |
|   | 740 University Avenue, Suite 100 |
|   | Sacramento, California 95825 |
|   | Telephone Number: (916) 283-8820 |
|   | Facsimile Number: (916) 283-8821 |
|   | Email Address: ariley@ellislawgrp.com |
|   |   |
|   | Attorneys for Defendant |
|   | LEGAL EXPRESS, LTD. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 1, 2015

*[signature]*

The Honorable Maxine M. Chesney
United States District Judge

- 2 -
JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
Case No. 3:15-CV-03977-MMC