1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Amanda F. Riley - 284440
   ELLIS LAW GROUP LLP
3  740 University Avenue, Suite 100
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
   asteinheimer@ellislawgrp.com
6  ariley@ellislawgrp.com

7  Attorneys for Defendant LEGAL EXPRESS, LTD.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

| 13  LISA MARIE DITLEVSON, | Case No.: 3:15-cv-03977 MMC |
|---|---|
| 14  Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION** |
| 15  v. | |
| 16  LEGAL EXPRESS, LTD., a California corporation, KRAIG VORSATZ, individually | **[ADR Local Rule 6-5]** |
| 17  and in his official capacity; and DOES 1 through 10, inclusive, | |
| 18  Defendants. | |

20

21       The Court's Order dated November 25, 2015 (Dkt. No. 22) adopted the Parties' Stipulation and

22 [Proposed] Order Selecting Mediation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5

23 (Dkt. No. 20), selecting the ADR process for this case using mediation to be completed before March

24 3, 2016.

25       The Parties have discussed the deadline, and have agreed that the mediation deadline is

26 unrealistic given the parties' own informal and formal discovery timelines.  Plaintiff is conducting its

27 own investigation of the facts and Defendant Legal Express, Ltd. is still determining whether or not it

28 will seek formal discovery responses at this time.

On February 16, 2016, the Parties completed the joint phone conference with mediator Lillian Stenfeldt as prescribed by ADR Local Rule 6-6. During this pre-mediation conference, a potential conflict was determined by Ms. Stenfeldt, and she has recused herself as the assigned mediator. (Dkt. No. 35.)

On February 19, 2016, mediator Mark H. Penskar was appointed as the parties' mediator. (Dkt. No. 36.)

Accordingly, the Parties hereby stipulate and respectfully request the Court to order that the deadline for completing mediation shall be extended from March 3, 2016 to a date that is at least sixty (60) days from the current mediation deadline.

There has been no previous modification of the deadline for completing the mediation. The requested time modification would have no effect on the schedule for this case other than the date requested to be changed.

**IT IS SO STIPULATED.**

Dated: February 23, 2016

ELLIS LAW GROUP, LLP

By  /s/ Amanda F. Riley
Amanda F. Riley
Attorney for Defendant
LEGAL EXPRESS, LTD.

Dated: February 23, 2016

CONSUMER LAW CENTER, INC.

By  /s/ Fred W. Schwinn
Fred W. Schwinn
Attorney for Plaintiff
LISA MARIE DITLEVSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Specifically, the deadline for the parties to complete mediation is hereby EXTENDED to May 2, 2016.

Dated: February 23, 2016

The Honorable Maxine M. Chesney
United States District Judge

JOINT STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION