Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda F. Riley - 284440
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
ariley@ellislawgrp.com

Attorneys for Defendant LEGAL EXPRESS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA MARIE DITLEVSON,<br><br>    Plaintiff,<br><br>v.<br><br>LEGAL EXPRESS, LTD., a California corporation, KRAIG VORSATZ, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:15-cv-03977 MMC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION**<br><br>**[ADR Local Rule 6-5]** |

The Court's Order dated November 25, 2015 (Dkt. No. 22) adopted the Parties' Stipulation and [Proposed] Order Selecting Mediation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5 (Dkt. No. 20), selecting the ADR process for this case using mediation to be completed before May 2, 2016.

The Parties have discussed the deadline, and have agreed that the mediation deadline is unrealistic given the parties' own informal and formal discovery timelines. Plaintiff is conducting its own investigation of the facts and Defendant Legal Express, Ltd. is still determining whether or not it will seek formal discovery responses at this time.

On February 19, 2016, mediator Mark H. Penskar was appointed as the parties' mediator. (Dkt. No. 36.)

Accordingly, the Parties hereby stipulate and respectfully request the Court to order that the deadline for completing mediation shall be extended from May 2, 2016 to a date that is at least sixty (60) days from the current mediation deadline.

There has been one previous modification of the deadline for completing the mediation. The requested time modification would have no effect on the schedule for this case other than the date requested to be changed.

**IT IS SO STIPULATED.**

Dated: April 26, 2016

ELLIS LAW GROUP, LLP

By  */s/ Amanda F. Riley*
Amanda F. Riley
Attorney for Defendant
LEGAL EXPRESS, LTD.

Dated: April 26, 2016

CONSUMER LAW CENTER, INC.

By  */s/ Fred W. Schwinn*
Fred W. Schwinn
Attorney for Plaintiff
LISA MARIE DITLEVSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Specifically, the parties' deadline to complete mediation is hereby EXTENDED to July 1, 2016.

Dated: April 26, 2016

The Honorable Maxine M. Chesney
United States District Judge

- 2 -