UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE DITLEVSON,<br><br>Plaintiff,<br><br>v.<br><br>LEGAL EXPRESS, LTD., et al.,<br><br>Defendants. | Case No. 15-cv-03977-MMC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: June 29, 2016<br>Mediator: Mark Penskar |

IT IS HEREBY ORDERED that defendant Legal Express, Ltd.'s request to excuse Shawn Harris, claims executive for defendant's insurer, Travelers Insurance Company, from appearing in person at the June 29, 2016, mediation before Mark Penskar is GRANTED. The representative shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: June 23, 2016

Maria-Elena James
United States Magistrate Judge