1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LISA MARIE DITLEVSON,                       No. C 15-3977 MMC

11              Plaintiff,                        **ORDER OF DISMISSAL**

12        v.

13   LEGAL EXPRESS, LTD., et al.,

14              Defendants
     _____/

15

16        The court-appointed mediator having advised the Court that the parties have agreed

17   to a settlement of this cause,

18        IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein

19   be dismissed without prejudice; provided, however, that if any party hereto shall certify to

20   this Court, within ninety days, with proof of service of a copy thereof on opposing counsel,

21   that the agreed consideration for said settlement has not been delivered over, the

22   foregoing Order shall stand vacated and this cause shall forthwith be restored to the

23   calendar for further proceedings as appropriate.

24        **IT IS SO ORDERED.**

25   Dated: July 1, 2016

26                                          _____
                                            MAXINE M. CHESNEY
27                                          United States District Judge

28

*United States District Court*
*For the Northern District of California*